■ In the Matter of WINIFRED M. SCHUMACHER, as Grantor. MORGAN GUARANTY TRUST COMPANY OF NEW YORK, as

Trustee, Respondent; ANNABELLA DALY, Appellant, and DIANA K. SCHUMACHER, Respondent. [608 NYS2d 828] —Order, Surrogate's Court, New York County (Eve M. Preminger, S.), entered on or about April 21, 1993, unanimously affirmed for the reasons stated by Preminger, S., with costs and disbursements. No opinion. Concur—Murphy, P. J., Rosenberger, Wallach, Asch and Williams, JJ.